UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD BENJAMIN, D.P.M. :
10900 SE 174th Place
Summerfield, Florida 34491 :

    Plaintiff :
v.                                      Civil No.
                                 :

GREATER SOUTHEAST COMMUNITY
HOSPITAL   :
1310 Southern Avenue, SE
Washington, DC 20032   :

    SERVE:   :
        <u>Resident Agent</u>
        CT Corporation System   :
        1015 15th Street
        Washington, D.C. 20005   :

    Defendant   :

## COMPLAINT

COMES NOW the Plaintiff, RICHARD BENJAMIN, D.P.M., by and through counsel, AXELSON, WILLIAMOWSKY, BENDER & FISHMAN, P.C., and files suit against the Defendant, GREATER SOUTHEAST COMMUNITY HOSPITAL, and in support thereof, states as follows:

**JURISDICTION AND VENUE**

1. Plaintiff RICHARD BENJAMIN, D.P.M. is over the age of 18 years and is a resident of the state of Florida.

2. Defendant, GREATER SOUTHEAST COMMUNITY HOSPITAL, (hereinafter "Greater Southeast") is a medical facility incorporated in the District of Columbia, and at all times relevant to this action, conducted a regular course of business in the District of Columbia by treating patients within the District of Columbia.

3. This court has jurisdiction in this matter in accordance with 28 U.S.C. §1332 based on diversity of citizenship, and the amount in controversy which exceeds Seventy-Five Thousand Dollars ($75,000.00).

4. This court has venue in this matter in accordance with 28 U.S.C. §1391.

**FACTS**

5. The allegations of paragraphs 1 through 4 of this complaint are incorporated herein by reference as though repeated in full.

6. Greater Southeast purchased a drill manufactured by 3M Company, called a Mini Driver, Model # K-100.

7. On February 1, 2006, the Plaintiff was performing a podiatric surgery on one of his patients at Greater Southeast and was using the 3M micro drill in question in a reasonably foreseeable manner.

8. On said date of February 1, 2006, Plaintiff attempted to drill a hole in the bone of the surgical patient. Prior to doing so, and without the knowledge or consent of the Plaintiff, Greater Southeast staff assisting in the operating room had increased the air pressure on the micro drill beyond its maximum point, between 400 to 700 pounds of pressure, and possibly higher, because an improper regulator was used.

9. Prior to beginning his use of the micro drill, a member of the Greater Southeast staff assisting in the operating room noticed the hole in the pressure hose near its connection to the nitrogen tank, and attempted to tape the hole.

10. Upon pressing the trigger to begin the drill bit movement, the pressure hose, suddenly, and without warning, exploded, and in so doing, caused Plaintiff's hand

(which was holding the drill) to jerk violently and collide with his right ear and the right side of his head.

## COUNT I
## (Negligence)

11. That all allegations of in paragraphs 1 through 10 of this Complaint are incorporated herein by reference as though repeated in full.

12. The Defendant, Greater Southeast, owed a duty of care to the Plaintiff to provide safe equipment to the Plaintiff, an independent contractor, for use during surgical procedures.

13. The Defendant, Greater Southeast, through its agents, breached said duty of care (a) by failing to provide safe equipment to the Plaintiff, (b) by negligently increasing the air pressure on the drill beyond its capacity, without the Plaintiff's knowledge or consent, and (c) by using the improper air pressure regulator allowing greater air pressure than was safe

14. The Plaintiff was severely and permanently injured as set forth above and has suffered significant economic and non-economic damages, including, but not limited to, past and future medical expenses, past and future lost wages, and past and future physical pain and emotional pain and suffering, all as a direct and proximate result of the Defendant, Greater Southeast's negligence as set forth above, without any negligence on the part of the Plaintiff contributing thereto.

WHEREFORE, Plaintiff RICHARD BENJAMIN, DPM, demands judgment from and against the Defendant, GREATER SOUTHEAST COMMUNITY HOSPITAL, in the amount of Five Hundred Thousand Dollars ($500,000.00) plus interest and costs.

Respectfully submitted,
AXELSON, WILLIAMOWSKY,
BENDER & FISHMAN, P.C.

_____
Bruce M. Bender, D.C. Bar #381319
401 N. Washington Street, Suite 550
Rockville, Maryland 20850
(301) 738-7661 Office
(301) 424-0124  Fax
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RICHARD BENJAMIN           :
                           :
       Plaintiff          :
                           :
v.                         :   Civil No.
                           :
GREATER SOUTHEAST COMMUNITY
HOSPITAL                   :
                           :
       Defendants         :

### DEMAND FOR JURY TRIAL

The Plaintiff hereby demands a jury trial in the above captioned matter on all issues herein.

                                               Respectfully submitted,
                                               AXELSON, WILLIAMOWSKY,
                                               BENDER & FISHMAN, P.C.

                                             _/s/ Bruce M. Bender_____
                                             Bruce M. Bender, D.C. Bar #381319
                                             401 N. Washington Street, Suite 550
                                             Rockville, Maryland 20850
                                             (301) 738-7661 Office
                                             (301) 424-0124 Fax
                                             Attorneys for Plaintiff

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

### I (a) PLAINTIFFS

Richard Benjamin, DPM
10900 SE 174th Place
Summerfield, Florida 34491

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

### DEFENDANTS

Greater Southeast Community Hospital
1310 Southern Avenue, S.E.
Washington, D.C. 20032

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Montgomery
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

### (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Bruce M. Bender, Esq. (301) 738-7660
Axelson, Williamowsky, Bender & Fishman, P.C.
401 N. Washington St., Suite 550
Rockville, Maryland 20850

ATTORNEYS (IF KNOWN)

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
● 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|   | PTF | DFT |   | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ● 4 |
| Citizen of Another State | ● 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff))
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

● **E. General Civil (Other)** OR ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   **DEMAND $** 500,000.00   Check YES only if demanded in complaint **JURY DEMAND:** YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY** (See instruction)   YES ☐ NO ☒   If yes, please complete related case form.

**DATE** 10/4/07   **SIGNATURE OF ATTORNEY OF RECORD** [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.