UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RICHARD BENJAMIN                    :

    Plaintiff                    :

v.                                  :        Case No.: 1:07-cv-01907

GREATER SOUTHEAST                   :
  COMMUNITY HOSPITAL
                                    :
    Defendant

## AFFIDAVIT OF SERVICE

    I HEREBY CERTIFY that Defendant, Greater Southeast Community Hospital, through its resident agent, CT Corporation System, was served with a Summons and Complaint in the above-captioned case on or about October 30, 2007 at 1015 15th Street, Washington, D.C. 20005, <u>by Certified Mail</u>, No. 7005 1160 0004 4357 0919, as evidenced by the return receipt attached hereto and incorporated by reference herein. I further certify that I am above the age of eighteen (18) and not a party to this action.

I DO SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

*Terri Peters*
Terri L. Peters
AXELSON, WILLIAMOWSKY, BENDER &
& FISHMAN, PC
401 N. Washington Street, Suite 550
Rockville, Maryland 20850
(301) 738-7600

STATE OF MARYLAND

COUNTY OF MONTGOMERY

Before me, the undersigned, a Notary Public in and for the State and County aforesaid, personally appeared TERRI L. PETERS, on this 31st day of October 2007, and made oath in due form of law that the facts and matters set forth above are true and correct.

_____
Notary Public

My Commission Expires:

Samantha Y Davis
Notary Public
Baltimore County, Maryland
My Commission Expires August 11, 2009

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ .75 | BE 235-1 |
| Certified Fee | 2.65 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.15 | 10/25/07 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.55 | |

Sent To: CT Corporation System
Street, Apt. No.; or PO Box No.: 1015 15th Street
City, State, ZIP+4: Washington, D.C. 20005

PS Form 3800, June 2002   See Reverse for Instructions

7005 1160 0004 4357 0919

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CT Corporation System
   1015 15th Street
   Washington, D.C. 20005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label):   7005 1160 0004 4357 0919

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540