UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD BENJAMIN, D.P.M.<br>10900 SE 174th Place<br>Summerfield, Florida 34491<br><br>      Plaintiff,<br><br>v.<br><br>GREATER SOUTHEAST COMMUNITY<br>HOSPITAL<br>1310 Southern Avenue, S.E.<br>Washington, D.C. 20032<br><br>      Defendant. | CIVIL ACTION NO: 1:07-CV-01907-RMC |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT,
GREATER SOUTHEAST COMMUNITY HOSPITAL,
PURSUANT TO LOCAL CIVIL RULE 7.1**

As counsel in the above-referenced action for Defendant Greater Southeast Community Hospital, I hereby respectfully submit the following Disclosure of Corporate Affiliations and Financial Interests in accordance with Local Civil Rule 7.1 and certify as follows:

I, the undersigned, counsel of record for Greater Southeast Community Hospital, certify that to the best of my knowledge and belief, Greater Southeast Community Hospital, does not have any parent company, subsidiary, or affiliate with any outstanding securities in the hands of the public.

I further certify that Greater Southeast Community Hospital is insured by American International Group, Inc. ("AIG"). American International Group, Inc. ("AIG") has the potential obligation to indemnify Greater Southeast Community Hospital in relation to the above

- 2 -

referenced matter.[1]  Additionally, I certify to the best of my knowledge and belief that American International Group, Inc. ("AIG") has outstanding securities in the hands of the public and trades on the New York Stock Exchange.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Greater Southeast Community Hospital.

                              Respectfully submitted,

                              ----- /s/ Camille E. Shora, Esq. -----
                              Catherine A. Hanrahan (Bar #441775)
                              Camille E. Shora (Bar #481281)
                              WILSON, ELSER, MOSKOWITZ,
                              EDELMAN & DICKER LLP
                              1341 G Street, NW, Suite 500
                              Washington, DC  20005-3300
                              Tel. (202) 626-7660
                              Fax (202) 628-3606
                              Catherine.Hanrahan@wilsonelser.com
                              Camille.Shora@Wilsonelser.com
                              *Attorneys for Defendant*

---

[1] Pursuant to the Rules, this shall not be considered an admission by the insurance company that it does in fact have an obligation to defend the litigation or to indemnify a party or as a waiver of any rights that it might have in connection with the subject matter of the litigation.

280978.1

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November 2007, a copy of the foregoing Disclosure was e-filed and e-served and mailed via first class mail, postage prepaid on:

Bruce M. Bender, Esq.
Axelson, Williamowsky, Bender & Fishman, P.C.
401 N. Washington Street, Suite 550
Rockville, MD 20850
*Attorney for Plaintiff*

                                      ----- /s/ Camille E. Shora, Esq. -----
                                      Camille E. Shora

280978.1