## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD BENJAMIN, D.P.M.,<br><br>    Plaintiff,<br><br>v.<br><br>GREATER SOUTHEAST COMMUNITY HOSPITAL<br><br>    Defendant. | CIVIL ACTION NO: 1:07-CV-01907-RMC |

### **PRAECIPE**

(Entry of Appearance)

Dear Clerk:

    Please enter the appearance of Catherine A. Hanrahan of Wilson Elser Moskowitz Edelman & Dicker, LLP as co-counsel for the defendant Greater Southeast Community Hospital Corp, I.

    Respectfully submitted,

/s/ Catherine A. Hanrahan_____
Catherine A. Hanrahan, DC BAR #441775
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
The Colorado Building
1341 G Street, N.W., Suite 500
Washington, D.C. 20005
(202)626-7660 (phone)
(202) 628-3606 (facsimile)
Catherine.Hanrahan@wilsonelser.com
*Attorney for Defendant*

286753.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Praecipe was e-filed and e-served on this 23rd day of January, 2008 to:

Bruce M. Bender, Esquire
Axelson, Williamowsky, Bender
& Fishman, P.C.
401 N. Washington Street, Suite 550
Rockville, Maryland 20850
*Attorney for Plaintiff*

/s/ Catherine A. Hanrahan
Catherine A. Hanrahan

286753.1