UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RICHARD BENJAMIN, D.P.M.**              :

       **Plaintiff**                    :

v.                                                                  Civil No. 1:07-cv-01907 RMC

                                                          :

**GREATER SOUTHEAST COMMUNITY**
**HOSPITAL**                                           :

       **Defendant**                  :

### CONSENT MOTION TO AMEND THE SCHEDULING ORDER

The Defendant, Greater Southeast Community Hospital Corporation I, by counsel, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby states the following in support to its Consent Motion to Amend the Scheduling Order:

1. On January 4, 2008, this Court entered a Scheduling Order. Under this Scheduling Order, the deadlines are as follows:

| Date | Event |
|---|---|
| 03/03/08 | Motions to join third parties or amend the pleadings |
| 06/15/08 | Plaintiff's designation of experts |
| 08/14/08 | Defendant's designation of experts |
| 09/15/08 | Plaintiff's rebuttal designation of experts |
| 10/13/08 | Discovery completed |
| 10/30/08 | Post-discovery status conference. |
| 10/31/08 | Dispositive Motions |
| 11/21/08 | Pre-Trial Conference |
| 01/05/09 | Trial (4 days) |

2. The parties have diligently engaged in discovery.

3. Plaintiff filed his Expert designation by the deadline set forth in the Scheduling Order.

305660.1

4. Defendant has attempted to schedule Plaintiff's deposition and a medical examination by one of Defendant's experts.

5. As such, on June 9, 2008, counsel for Defendant contacted counsel for Plaintiff regarding dates in early July for both the medical examination and the deposition of Plaintiff. *See* Exhibit 1, E-mail correspondence between C. Shora and A. Sindler. Counsel for Plaintiff replied that his client would need one month notice. Further, considering that Plaintiff is located in Florida and so as to accommodate his client, counsel for Plaintiff requested to schedule Plaintiff's deposition on a Friday and his medical examination on a Monday. The dates proposed in the June 9, 2008 e-mails were not suitable for the deposition or the examination of Plaintiff.

6. Additionally, Defendant's expert, who will perform the examination of Plaintiff, will be out of town on vacation between July 10 and July 21 and counsel for Plaintiff is on vacation between June 23 and July 4. *Id.*

7. In a subsequent e-mail dated June 19, 2008, counsel for Plaintiff indicated that the parties should look to the latter part of July to schedule the deposition and examination of Plaintiff. Exhibit 2.

8. Thereafter, on June 24, 2008, counsel for Defendant proposed additional dates, on Mondays, in late July and Early August for the medical examination of the Plaintiff, the deposition to occur on the Friday preceding the medical examination. Exhibit 3. Counsel for Plaintiff indicated in response that the medical examination would need to occur in the morning, as Dr. Benjamin's plane to Florida would leave the area at 2:00 p.m. Out of the three dates proposed, the only suitable date was August 11, 2008, but the time proposed for the medical examination, in the afternoon, was not suitable to Dr. Benjamin, due to his travel schedule.

305660.1

9.  During a telephone conversations had regarding the June 24, 2008 letter, counsel for Dr. Benjamin suggested August 18 and August 25 as dates for the medical examination of Dr. Benjamin. Both of these dates are after the present deadline (August 14) for Defendant to designate experts and file expert reports, as required under the Federal Rules of Civil Procedure. Counsel for Plaintiff indicated during this conversation that if the dates were suitable to Defendant's expert, he would consent to a motion seeking to enlarge the Defendant's expert deadline to allow for Dr. Benjamin's deposition and medical examination on dates and at times convenient to all the parties and to allow for time for Defendant to designate experts. Counsel for Defendant contacted Defendant's experts to determine whether Dr. Benjamin's examination could take place on either August 18, 2008 or August 25, 2008, in the morning.

10. As a result of Plaintiff's requests, Dr. Benjamin's medical examination is presently set for August 25, 2008 at 10:00 a.m. and his deposition is scheduled for August 22, 2008 at 10 a.m.

11. Counsel for Defendant anticipates that it will take Defendant's expert at least two weeks to complete his report. As a result, Defendant, with consent from counsel for Plaintiff, seeks to have the remaining Scheduling Order deadlines enlarged by thirty days, so as to provide time for Defendant to prepare its Expert Designation.

12. Plaintiff will not suffer any prejudice should this Court grant the present consent Motion considering that Plaintiff consents to the relief requested and considering that the change in the Scheduling Order is the result of Plaintiff's requests regarding his deposition and examination.

12. The deadlines for the Scheduling Order would be modified as follows:

| Description | Old Date | New Date |
| --- | --- | --- |
| Defendant's designation of experts | 08/14/08 | 09/15/08 |
| Plaintiff's rebuttal designation of experts | 09/15/08 | 10/15/08 |

3

305660.1

| | | |
|---|---|---|
| Discovery completed | 10/13/08 | 11/14/08 |
| Post-discovery status conference | 10/30/08 | Week of 12/01/08 |
| Dispositive Motions | 10/31/08 | 12/01/08 |
| Pre-Trial Conference | 11/21/08 | Week of 12/22/08 |
| Trial (4 days) | 01/05/09 | No Change |

Wherefore, given the status of the case, the lack of prejudice to the parties and the consent of plaintiff's counsel, the defendant respectfully requests that an Order be entered adjusting the Scheduling Order allowing the defendant an additional thirty days to designate experts, and adjusting the other Scheduling Order deadlines by a corresponding thirty days.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

By: ----- /s/ Camille E. Shora, Esq. -----
Catherine A. Hanrahan (Bar #441775)
Camille E. Shora (Bar #481281)
1341 G Street, NW, Suite 500
Washington, DC 20005-3300
Tel. (202) 626-7693
(202) 628-3606 (facsimile)
Catherine.Hanrahan@wilsonelser.com
Camille.Shora@wilsonelser.com
*Attorneys for Defendant Greater Southeast Community Hospital Corporation I*

305660.1

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendant's Consent Motion to Amend Scheduling Order was e-filed and e-served on this 1st day of July 2008 to:


Bruce M. Bender, Esquire
Axelson, Williamowsky, Bender
& Fishman, P.C.
401 N. Washington Street, Suite 550
Rockville, Maryland 20850
*Attorney for Plaintiff*


          ----- /s/ Camille E. Shora, Esq.
          Camille E. Shora, Esq.

5

305660.1

**Shora, Camille**

---

**From:** Andrew Sindler [ans@vawlaw.com]
**Sent:** Monday, June 09, 2008 5:54 PM
**To:** Shora, Camille
**Subject:** RE: Benjamin depositions

Hi Camille,

I am going to forward this e-mail on to Bruce Bender. As of now, Dr. Benjamin told me he can come into the DC/Maryland area any Friday or Monday with advanced notice. I can't assume that less than a month will be enough notice so I'll have to ask him- and only two of the dates you gave me so far were a Monday or Friday so that limits us. Also, as for the dates you gave, I will be out of town June 23 - July 4, and when I get back the following week, my schedule is taken up just about every day that first week with hearings and whatnot... not to mention how much catch up I'll have to do. So, if Mr. Bender is not available to do any of those dates himself, then we'll have to push it back to late July/early August when your expert returns from his vacation. So, either Mr. Bender or I will get back to you regarding the dates you gave.

As for the dental records, we do not have any in our file, but if you want to ask Dr. Benjamin about that in his depo, you can, and then if he identifies any relevant records, we can get them for you. Talk to you soon.

Andrew

Andrew N. Sindler
Attorney at Law
**AXELSON, WILLIAMOWSKY,
BENDER & FISHMAN, P.C.**
401 N. Washington Street, Suite 550
Rockville, Maryland 20850
301-738-7679
301-424-0124 (Fax)
ans@vawlaw.com
Offices also in Ellicott City, Frederick, D.C. and Virginia

"Success is getting what you want. Happiness is wanting what you get."

This is a PRIVATE message. If you are not the intended recipient, please delete without copying and kindly advise us by e-mail of the mistake in delivery. NOTE: Regardless of content, this e-mail shall not operate to bind AWB&F to any order or other contract unless pursuant to explicit written agreement or government initiative expressly permitting the use of e-mail for such purpose.

For more information about Axelson, Williamowsky, Bender & Fishman, P.C. visit our Web Site at
www.vawlaw.com

---

**From:** Shora, Camille [mailto:Camille.Shora@wilsonelser.com]
**Sent:** Monday, June 09, 2008 4:23 PM



EXHIBIT
1

6/30/2008

**To:** Andrew Sindler
**Subject:** Benjamin depositions

Greetings:

Per our discussion last week, I have contacted our expert's office to determine his availability for an IME for Dr. Benjamin, which could be done around the same time but after Dr. Benjamin's deposition.

Our expert is available on the following dates/times to do the IME:
July 2 at 1:30 or 2:00 p.m.
July 3 at 11:00 a.m.
July 8 at 1:30
July 9 at 2:00 or 2:30 p.m.

I would like to take the deposition of Dr. Benjamin before the IME. I am available for Dr. Benjamin's deposition on July 1 in the afternoon, July 2, July 3, July 7, 8 (morning preferably) or July 9.

Please let me know as soon as possible when Dr. Benjamin can do his deposition as our expert is not holding dates at the moment. He also will be out of the office between July 10 and July 21, 2008.

I have contacted the two witnesses, Mr. Heard and Ms. Gurango. I will let you know dates for their depositions once I hear back from them.

Please also let me know if, as discussed, Dr. Benjamin has dental records as requested in our discovery requests.

Sincerely,

Camille Shora
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1341 G Street, N.W. - 5th Floor
Washington, D.C. 20005-3105
p 202-626-7693
f 202-628-3606
camille.shora@wilsonelser.com

Wilson Elser Moskowitz Edelman & Dicker LLP

This communication was not intended or written to be used,
and it cannot be used by any taxpayer, for the purpose of
avoiding tax penalties. (The foregoing legend has been
affixed pursuant to U.S. Treasury Regulations governing tax practice.)

*************************************************************

CONFIDENTIALITY NOTICE: This electronic message is
intended to be viewed only by the individual or entity to
whom it is addressed. It may contain information that is
privileged, confidential and exempt from disclosure under
applicable law. Any dissemination, distribution or
copying of this communication is strictly prohibited
without our prior permission. If the reader of this
message is not the intended recipient, or the employee or

6/30/2008

agent responsible for delivering the message to the
intended recipient, or if you have received this
communication in error, please notify us immediately by
return e-mail and delete the original message and any
copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz,
Edelman & Dicker LLP, please see our website at
www.wilsonelser.com or refer to any of our offices. Thank
you.

6/30/2008

## Shora, Camille

**From:** Andrew Sindler [ans@vawlaw.com]
**Sent:** Thursday, June 19, 2008 5:33 PM
**To:** Shora, Camille
**Subject:** RE: Benjamin depositions

Hi Camille,

   I'm sorry I didn't get back to you sooner. I've been out of the office in a multi-day jury trial, so things have been crazy. Also, I want to remind you that I'll be going out of town after tomorrow for two weeks, returning on July 7, so you won't be able to get a hold of me after tomorrow until I get back. As for the dates you gave, again, I can only consider the ones that are Mondays or Fridays, on behalf of Dr. Benjamin, because those are the only days he can come back up to Maryland with advanced notice. The first week July 14, 16, 18- that likely won't be enough advanced notice for Dr. Benjamin, and while I am available on the 14th and 18th, I have many things on my calendar the first week I get back, so I really need more time to get prepared. I have no problem if you want to depose Dr. Benjamin before I depose your witnesses, but we may have to shoot for later in July or even into August, which is a much more open month for me. So, see if you can get me some available dates then, and I'll check with Dr. Benjamin and get back to you.

   As for the expert designation, Mr. Bender handled that so I assume the hard copy, with reports will follow. Also, he will likely handle the expert depos in the case, so you'll have to check with him regarding available dates for those depos. Thanks and I'll speak to you soon.

Andrew

Andrew N. Sindler
Attorney at Law
***AXELSON, WILLIAMOWSKY,***
***BENDER & FISHMAN, P.C.***
401 N. Washington Street, Suite 550
Rockville, Maryland 20850
301-738-7679
301-424-0124 (Fax)
ans@vawlaw.com
Offices also in Ellicott City, Frederick, D.C. and Virginia

"Success is getting what you want. Happiness is wanting what you get."

This is a PRIVATE message. If you are not the intended recipient, please delete without copying and kindly advise us by e-mail of the mistake in delivery. NOTE: Regardless of content, this e-mail shall not operate to bind AWB&F to any order or other contract unless pursuant to explicit written agreement or government initiative expressly permitting the use of e-mail for such purpose.

For more information about Axelson, Williamowsky, Bender & Fishman, P.C. visit our Web Site at
www.vawlaw.com


EXHIBIT 2

6/30/2008

**From:** Shora, Camille [mailto:Camille.Shora@wilsonelser.com]
**Sent:** Monday, June 16, 2008 11:16 AM
**To:** Andrew Sindler
**Subject:** RE: Benjamin depositions

Andrew:

Any response on these dates (below, for the deposition of Benjamin) from Mr. Bender?
Note that Clayton Heard (the PA) is generally available for deposition Mondays, Wednesdays, and Fridays -- He is available July 14, 16, 18, 21, 23. He would like to be deposed in the morning. Please let me know if his deposition can be taken on either of these dates. I would like to depose Dr. Benjamin before Mr. Heard or Ms. Gurango are deposed. I have been unsuccessful in trying to reach Ms. Gurango so far. I will try to contact her again, however, if I cannot get a hold of her, I would suggest that you subpoena her. Mr. Heard also needs to be subpoenaed. I can discuss with him accepting service on his behalf.

We have received by facsimile the expert designation. Will a copy follow by mail? We have not gotten the experts' reports. We also want to depose these experts so please let me know when they are available for deposition. Thank you.

Camille

Camille Shora
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1341 G Street, N.W. - 5th Floor
Washington, D.C. 20005-3105
p 202-626-7693
f 202-628-3606
camille.shora@wilsonelser.com

Wilson Elser Moskowitz Edelman & Dicker LLP

---

**From:** Andrew Sindler [mailto:ans@vawlaw.com]
**Sent:** Monday, June 09, 2008 5:54 PM
**To:** Shora, Camille
**Subject:** RE: Benjamin depositions

Hi Camille,

I am going to forward this e-mail on to Bruce Bender. As of now, Dr. Benjamin told me he can come into the DC/Maryland area any Friday or Monday with advanced notice. I can't assume that less than a month will be enough notice so I'll have to ask him- and only two of the dates you gave me so far were a Monday or Friday so that limits us. Also, as for the dates you gave, I will be out of town June 23 - July 4, and when I get back the following week, my schedule is taken up just about every day that first week with hearings and whatnot... not to mention how much catch up I'll have to do. So, if Mr. Bender is not available to do any of those dates himself, then we'll have to push it back to late July/early August when your expert returns from his vacation. So, either Mr. Bender or I will get back to you regarding the dates you gave.

As for the dental records, we do not have any in our file, but if you want to ask Dr. Benjamin about that in his depo, you can, and then if he identifies any relevant records, we can get them for you. Talk to you soon.

Andrew

6/30/2008

Andrew N. Sindler
Attorney at Law
**AXELSON, WILLIAMOWSKY,
BENDER & FISHMAN, P.C.**
401 N. Washington Street, Suite 550
Rockville, Maryland 20850
301-738-7679
301-424-0124 (Fax)
ans@vawlaw.com
Offices also in Ellicott City, Frederick, D.C. and Virginia

"Success is getting what you want. Happiness is wanting what you get."

This is a PRIVATE message. If you are not the intended recipient, please delete without copying and kindly advise us by e-mail of the mistake in delivery. NOTE: Regardless of content, this e-mail shall not operate to bind AWB&F to any order or other contract unless pursuant to explicit written agreement or government initiative expressly permitting the use of e-mail for such purpose.

For more information about Axelson, Williamowsky, Bender & Fishman, P.C. visit our Web Site at www.vawlaw.com

---

**From:** Shora, Camille [mailto:Camille.Shora@wilsonelser.com]
**Sent:** Monday, June 09, 2008 4:23 PM
**To:** Andrew Sindler
**Subject:** Benjamin depositions

Greetings:

Per our discussion last week, I have contacted our expert's office to determine his availability for an IME for Dr. Benjamin, which could be done around the same time but after Dr. Benjamin's deposition.

Our expert is available on the following dates/times to do the IME:
July 2 at 1:30 or 2:00 p.m.
July 3 at 11:00 a.m.
July 8 at 1:30
July 9 at 2:00 or 2:30 p.m.

I would like to take the deposition of Dr. Benjamin before the IME. I am available for Dr. Benjamin's deposition on July 1 in the afternoon, July 2, July 3, July 7, 8 (morning preferably) or July 9.

Please let me know as soon as possible when Dr. Benjamin can do his deposition as our expert is not holding dates at the moment. He also will be out of the office between July 10 and July 21, 2008.

I have contacted the two witnesses, Mr. Heard and Ms. Gurango. I will let you know dates for their depositions once I hear back from them.

6/30/2008

Please also let me know if, as discussed, Dr. Benjamin has dental records as requested in our discovery requests.

Sincerely,

Camille Shora
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1341 G Street, N.W. - 5th Floor
Washington, D.C. 20005-3105
p 202-626-7693
f 202-628-3606
camille.shora@wilsonelser.com

Wilson Elser Moskowitz Edelman & Dicker LLP

This communication was not intended or written to be used,
and it cannot be used by any taxpayer, for the purpose of
avoiding tax penalties. (The foregoing legend has been
affixed pursuant to U.S. Treasury Regulations governing tax practice.)

*************************************************************

CONFIDENTIALITY NOTICE: This electronic message is
intended to be viewed only by the individual or entity to
whom it is addressed. It may contain information that is
privileged, confidential and exempt from disclosure under
applicable law. Any dissemination, distribution or
copying of this communication is strictly prohibited
without our prior permission. If the reader of this
message is not the intended recipient, or the employee or
agent responsible for delivering the message to the
intended recipient, or if you have received this
communication in error, please notify us immediately by
return e-mail and delete the original message and any
copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz,
Edelman & Dicker LLP, please see our website at
www.wilsonelser.com or refer to any of our offices. Thank
you.

6/30/2008

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Colorado Building, 1341 G Street, NW, 5th Floor, Washington, D.C. 20005-3105  Tel: 202.626.7660  Fax: 202.628.3606

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

WRITER'S DIRECT DIAL (202) 626-7693
CAMILLE.SHORA@WILSONELSER.COM
ADMITTED IN DC, VA, AND WV

June 24, 2008

**Via Facsimile and Regular Mail**
Bruce M. Bender, Esq.
Axelson, Williamowsky, Bender & Fishman, P.C.,
401 N. Washington Street, Suite 550
Rockville, MD 20850
(301) 424-0124

Re: **Benjamin v. GSECH**
 **Our File No.    :    00873.02419**

Dear Mr. Bender:

Pursuant to my e-mails with Andrew Sindler, I understand that Dr. Benjamin is not available for his medical examination for the dates proposed. Please note that our expert can conduct a medical examination of Dr. Benjamin on July 28, 2008 at 11:00 a.m., 11:30 a.m., or 4:30 p.m.; August 4 at 11:00 a.m., 11:30 a.m., or 4:30 p.m.; and August 11, 2008 at 1:30 p.m. or 4:30 p.m. Please note that we would like to take the deposition of Dr. Benjamin prior to his medical examination. Please provide dates when Dr. Benjamin is available for his deposition and whether any of the above-referenced dates are suitable to him for the medical examination. We would like to schedule Dr. Benjamin's medical examination as soon as possible so as not to delay the defendant's designation of experts. Please get back to me as soon as possible because our expert is not holding these dates and times. Thank you.

Sincerely,

Camille E. Shora

305048.1

EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD BENJAMIN, D.P.M.** : | |
| **Plaintiff** : | |
| v. : | Civil No. 1:07-cv-01907 RMC |
| : | |
| **GREATER SOUTHEAST COMMUNITY HOSPITAL** : | |
| **Defendant** : | |

### ORDER GRANTING MOTION TO ENLARGE THE SCHEDULING ORDER AND AMENDED SCHEDULING ORDER

Upon consideration of Defendant's Consent Motion to Amend the Scheduling Order, it is hereby ordered that

Defendant's Consent Motion to Amend the Scheduling Order be GRANTED, and it is further ordered that

The Amended Scheduling Order be as follows:

| | |
|---|---|
| Defendant's designation of experts | 09/15/08 |
| Plaintiff's rebuttal designation of experts | 10/15/08 |
| Discovery completed | 11/14/08 |
| Post-discovery status conference | December ___, 2008 at _____ |
| Dispositive Motions | 12/01/08 |
| Pre-Trial Conference | December ___, 2008 at _____ |
| Trial (4 days) | 01/05/09 |

_____
**ROSEMARY M. COLLYER**
**United States District Judge**

305806.1